# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 60 MAP 2019

         Appellant              :

                                         :    Appeal from the Order of the

                                         :    Montgomery County Court of

         v.                          :    Common Pleas, Criminal Division, at

                                         :    No. CP-46-CR-0002065-2012 dated

                                         :    December 6, 2018.

ANTHONY MICHAEL CROZIER,        :

                                         :

         Appellee               :

## ORDER

**PER CURIAM**                                      **DECIDED: October 21, 2020**

**AND NOW**, this 21st day of October, 2020, the order of the court of common pleas is **REVERSED**. *See Commonwealth v. Lacombe*, ___ A.3d ___, 2020 WL 4150283 (Pa. filed July 21, 2020) (holding that Subchapter I of Sex Offender Registration and Notification Act, 42 Pa.C.S. §§9799.51-9799.76, does not constitute criminal punishment and not an *ex post facto* law).

Anthony Crozier's "Application for Oral Argument" is **DENIED**.